NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

JAN 27 2023

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHIDI N. ANUNKA,<br><br>     Plaintiff-Appellant,<br><br> v.<br><br>AMAZON SERVICE INTERNATIONAL,<br>INC.,<br><br>     Defendant-Appellee. | No. 22-35094<br><br>D.C. No. 3:20-cv-06252-BHS<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Western District of Washington
Benjamin H. Settle, District Judge, Presiding

Submitted January 18, 2023[**]

Before:  GRABER, PAEZ, and NGUYEN, Circuit Judges.

 Chidi N. Anunka appeals pro se from the district court's summary judgment in his action alleging violations of the Age Discrimination in Employment Act ("ADEA"). We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Shelley v. Geren*, 666 F.3d. 599, 604 (9th Cir. 2012). We affirm.

---

 [*]  This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

 [**]  The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

The district court properly granted summary judgment on Anunka's ADEA claims because Anunka failed to exhaust his administrative remedies. *See* 29 U.S.C. § 626(d)(1) (ADEA plaintiff must file a timely charge with the Equal Employment Opportunity Commission before commencing a civil action).

We do not consider claims that Anunka failed to allege in his complaint. *See Pickern v. Pier 1 Imports (U.S.), Inc.*, 457 F.3d 963, 969 (9th Cir. 2006) (affirming summary judgment where the complaint did not give fair notice of the factual basis for a claim raised for the first time in opposition to summary judgment).

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

Anunka's motion for relief (Docket Entry No. 16) is denied.

**AFFIRMED.**